IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
**UNITED STATES OF AMERICA**           :
                                       :   **Case No. 19-cr-0622-JDW**
         **v.**                        :
                                       :
**JOSE SANTIAGO**                      :
_____:

### ORDER

AND NOW, this 19th day of August, 2020, upon consideration of the Motion for Reconsideration of Sentencing to Change to House Arrest Due to Public Health and Safety Threat Posed By Covid-19 Pandemic (ECF No. 20), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*/s/ Joshua D. Wolson*
Joshua D. Wolson
United States District Judge